## EXHIBIT A

| Transferor | Transferee | Date | Type | Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Willkie Farr and Gallagher | 12/1/2022 | Wire | 200,000.00 |
| Akorn Operating Company, LLC | Willkie Farr and Gallagher | 12/9/2022 | Wire | 400,000.00 |
| Akorn Operating Company, LLC | Willkie Farr and Gallagher | 12/14/2022 | Wire | 457,498.64 |
| Akorn Operating Company, LLC | Willkie Farr and Gallagher | 12/16/2022 | Wire | 212,468.72 |
| Akorn Operating Company, LLC | Willkie Farr and Gallagher | 12/22/2022 | Wire | 285,749.86 |
| Akorn Operating Company, LLC | Willkie Farr and Gallagher | 12/28/2022 | Wire | 581,369.97 |
| Akorn Operating Company, LLC | Willkie Farr and Gallagher | 1/5/2023 | Wire | 400,113.92 |
| Akorn Operating Company, LLC | Willkie Farr and Gallagher | 1/12/2023 | Wire | 404,302.51 |
| Akorn Operating Company, LLC | Willkie Farr and Gallagher | 1/19/2023 | Wire | 367,825.48 |
| Akorn Operating Company, LLC | Willkie Farr and Gallagher | 1/24/2023 | Wire | 457,762.20 |
| Akorn Operating Company, LLC | Willkie Farr and Gallagher | 1/27/2023 | Wire | 312,053.40 |
| Akorn Operating Company, LLC | Willkie Farr and Gallagher | 2/1/2023 | Wire | 345,029.36 |
| Akorn Operating Company, LLC | Willkie Farr and Gallagher | 2/7/2023 | Wire | 510,951.25 |
| Akorn Operating Company, LLC | Willkie Farr and Gallagher | 2/16/2023 | Wire | 391,493.29 |
| Akorn Operating Company, LLC | Willkie Farr and Gallagher | 2/17/2023 | Wire | 300,000.00 |

TOTAL TRANSFERS: $5,626,618.60